UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

United States of America                                                                                    PLAINTIFF

versus                                                                            CIVIL ACTION 1:22-cv-0099-SA-DAS

April Hines                                                                                                      DEFENDANT

## DEFAULT JUDGMENT

The defendant, April Hines, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 24, 2022, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant April Hines in the amount of $44,739.92.

This the 25th day of October, 2022.

David Crews, Clerk of Court


       s/ Jennifer L. Adams
Deputy Clerk